UNITED STATES DISTRICT COURT
FOR THE NORTHERN DICTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:

| | | |
|---|---|---|
| GEORGE ASIEDU | ) | CASE No. 20-13842 |
| | ) | CHAPTER 13 |
| | ) | |
| | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | **JUDGE TIMOTHY A BARNES** |
| | ) | |
| | ) | Trustee: Marilyn O. Marshall |
| BANK OF AMERICA successor by | ) | Adversary Proceeding No: 2 |
| MERGER TO BAC HOME LOANS LP dba | ) | |
| COUNTRY WIDE HOME LOANS (defunct) | ) | |
| PENNYMAC HOME LOAN SERVICING | ) | |
| VERIPRO SOLUTIONS | ) | |
| FED LOAN SERVICING | ) | |
| CITY OF CHICGO FINANCE | ) | |
| CAPITAL ONE AUTO FINANCING | ) | |
| Peoples Gas | ) | |
| Associated in Sleep Medicine | ) | |
| Defendants | ) | |
| | ) | |

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

SEP 21 2020

JEFFREY P. ALLSTEADT, CLERK
INTAKE 1

## COMPLAINT

1. Comes now Plaintiff, George Asiedu, and Pursuant Fed. Civ. Rule P. 3(a), F. C. R. P. 8(a) Fed. Civ. R. 20, Pro Se on behalf of myself situated and re-filing this complaint against Defendants, to exercise his "Privacy Rights" that the Defendants try to make and discredit. Mortgage Electronic Registration Systems, Merscorp, Inc. the primary link that joins the mortgagees; Bank of America successor by Merger to BAC Home Loans, LP Dba Country Wide Home Loans; Penny Mac Loan Servicing; Marinosci Law Group: Atlantic Motgage; Veripro Solutions; Fed Loan Servicing. City of Chicago Finance, Capital One Auto Finance.

### Preliminary Statement

1. This is a complaint for seeking financial damages of $5,000,000 and release of the Warranty Deed to my House on 105 Stephens Street. Matteson Illinois 60443 and discharge ability of my Student Loan, Veripro Solutions, Capital One Auto Finance etc pursuant to Violation of Gramm-Leach-Bliley Act U.S.C. $ 1601-6809 "Privacy Rights." Mortgage Breach of Contact 18 U.S Code $1956. Obstruction of Justice (18 U.S.A $ 1501-1517

### JURISDICTION

1. This Court has original jurisdiction pursuant to 28 U.S.C. $ 1334(d)(2) and 157. In the Plaintiffs claim exceeds $75,000.00 exclusive of interest and cost

2. This Court has personal jurisdiction over the party because the Plaintiff submit to the jurisdiction of the Court, Defendant regular engage in business in the State of Illinois, moreover the Defendant systematically and continually do business throughout this State respectively.

### VENUE

3. Is proper in this Court pursuant to 28 U.S.C. $ 1391 because a substantial part of the events and/or omissions giving rise to the Plaintiffs claims arise in this action or occurred in this District and because Defendant is subject to personal jurisdiction in this District in that this action arises in and

relates to the bankruptcy case, In re George Asiedu, Case No. 20-13842 filed on July 14, 2020 and presently, pending before this court. This proceeding is a core proceeding under applicable law.

**LEGAL STANDARD**

4. Federal Rule of Civil Procedure 12(b)(1) provides that a case will be dismissed if the court lacks the authority to hear and decide the dispute. Fed. R. Civ. P. 12(b)(1). If subject matter jurisdiction is not evident from the face of the complaint, the court analyzes the motion to dismiss under Rule 12(b)(1) as any other motion to dismiss. United Phosphorous, Ltd. V. Angus Chem. Co., 332 F.3d 942,946,(7th Cir. 2012). Where, as here, the complaint is formally sufficient but the contention is that there is in fact no subject matter jurisdiction, the movant may use affidavits and other materials to support the motion. " Id. (emphasis in original); see also Long v. Shorebank Dev. Corp., 182 F.3d 548, 554 (7th Cir. 1999).
5. The Defendants are company does business in Chicago county of Illinois

**TRANSFER OF RIGHTS IN THE PROPERTY**

This Security Instrument secures to Lender: (i) the repayment Loan, and all renewals, extensions and modifications of the Note; and (ii) the performance of Borrower's covenants and agreement under this Security Instrument and the Note. For this purpose, Borrower does hereby mortgage, grant and convey to MERS (solely as nominee to Lender and Lender's successors and assigns) and to the successors and assigns of MERS, the following described property located in the COUNTY. This allows for another "nominee;" one which could apparently coexist with MERS.

**STATEMENT OF FACTS-ARGUMENT**

52. Mortgage lenders, acting in coordination with one another, relaxed their standards for lending, which made an entirely new class of lower-income individuals eligible to receive sub-prime loans. This, in turn, drove up property "values". As part of the scheme, banks and other lenders accepted" Fraudulent appraisals "documenting" the new, higher values, and approved hundreds of thousands of applications for financing which would normally have been declined. Unbeknownst to the borrowers and the public, the billions of dollars spent to fund these loans extraordinary.

53. Beginning in or about 1999, the Defendant Firms joined with Defendant Merscorp , Inc., and other

conspirators in the fraudulent scheme and RICO enterprise herein complained. The Defendants Firms, including many licensed attorneys, have become skilled in using the artifice of MERS to sabotage the judicial process to the detriment of borrowers, and, over the past several years, have routinely relied upon MERS to do just that. They are responsible for its actions the attorneys and other professionals may not use corporate facades as shields against personal liability arising from the practice of their professions.

54. Merscorp., is owned by many of the most significant stakeholders in the mortgage industry, including mortgage originating and servicing companies (e.g., Bank of America N.A.., Wells Fargo, N.A., Citi Mortgage Inc., JP Morgan Chase, and all other listed Defendants). Defendant Merscorp, Inc., claims to be the sole shareholder in an entity by the name Mortgage Electronic Registration Systems, Inc. ("MERS"). MERS is the RICO enterprise and is the primary innovation through which the conspirators, including the Defendant have accomplished their illegal objective as detailed throughout this complaint.

55. Facially plausible RICO claim against George Asiedu pursuant to F.C.R.P 20(a)(1)Plaintiff in this case

56. The plaintiff has a home loan with the Defendants. When Plaintiffs sit down at closing I assume that I was getting a loan from the creator of the loan. Plaintiff never received any funding from or signs any checks upon closing of the transaction. Plaintiff never even realized that he was confronted with a notary until it was pointed out to years later. Prior to closing his faith was already in the hands of the perpetrator. American International Group Inc., (AIG). Defendants who are AIG primary investors along with MERS. To develop a RICO scheme to capitalize from the Plaintiff.

57. During the housing market meltdown, the entity "went public" at some time in the recent past resulting in substantial profits to the Defendants. For years, Plaintiffs, have tirelessly fought this major Wall Street kingpin to right the wrongs it committed against the Plaintiffs and hundreds of thousands of homeowners and taxpayers who footed the $45 billion government bailout. Defendants took in, only to have it used to propagate a scheme to squeeze every dollar from Defendants customers and wrongfully foreclose thousands of homes in the process."

58. Those associated with MERS and longevity sufficient to permit the shareholders of MERS who permit the shareholders which includes Bank of America N.A., Wells Fargo, N.A., Citi Mortgage Inc., JP Morgan Chase, US Bank National Association, Bank New York Mellon N.A., HSBC Bank USA, N.A., Deutche Bank Bank National Trust Company, EMC Mortgage Corporation LLC, Green Tree Financial Corporation aka Ditech Financial LLC, Suntrust Banks Inc., and Bear Stearns Companies. Defendant Mersorp, Inc., to pursue the policy of MERS.

59. While it purports to function though one or more "subsidiaries," they always use Vise President names who are primary known as Robo signer by the larger lenders increasingly enable the Defendants and other entities recently formed to take mortgages "from cradle to the grave." Defendants' exercise broad discretion to manage and operate its portion of MERS Corporation.

**Robo-Signing/Forgeries**--The 2010 United States foreclosure crisis, sometimes referred to as Foreclosure-gate or Foreclosuregate refers to a widespread epidemic of improper foreclosures, initiated by large banks and other lenders. The foreclosure crisis was extensively covered by news outlets beginning in October 2010, and several large banks—including Bank of America, JP Morgan, Wells Fargo, and City group—responded by halting their foreclosure proceedings temporarily in some or all states. The foreclosure crisis caused significant investor fear in the U.S. A 2014 study published in the American Journal of Public Health linked the foreclosure crisis to an increase in suicide rates.

One out of every 248 households in the United States received a foreclosure notice in September 2012, according to Reality Trac

60. Defendant Bank of America as well as all other Defendant who are joiner in this Complaint. Is a foreign separate legal entity, according to www.mersinc.org, is a shareholder in "MERS." As a National organization, Defendants joined together with MERS to conduct the affairs of MERS. To implement and execute a scheme to fraudulently use Plaintiff personal information. It conducts substantial business in the State of Illinois, and it is therefore appropriate that it be required to defend this suit in this Court.

61. MERS acting as nominee their position to appoint trustee after the initial 90-days of closing of all Plaintiffs loans within that period to assign a pool number, rate and appoint trustee. Expanded to "prime the pump." The big institution and the conspirators were making an investment, but the expected

return was NOT the interest they presented to anticipate receiving as borrowers paid the mortgages. The lenders knew that the new loans were "bad paper;" the investors had no knowledge due to failure to provide Plaintiff correct financial information to these non-parties investors.

62. This negligible by comparison. Part of the reason this fraudulent scheme has gone largely unnoticed for such an extended period of time is that its sophistication is beyond the imagination of average person. Similarly, beyond the imagination of persons is and was the scope of the DISHONESTY of the lenders and those acting in furtherance of the scheme, including the present Defendants.

63. Through the present time, persons acting within the ambit of this conspiracy, most particularly including the Defendants herein, have continued to operate consistent with the core principles of dishonesty and obscurantism engendered by the original conspirators. The Defendant has created through their unlawful Securitization financial. Accordingly, Plaintiff is entitled to an award exemplary and punitive damages according to the proof **COMMONALITY !!!!**

**Count 1- Violation of Gramm-Leach-Bailey Act 15 U.S.C $6801-6809- "Privacy Rights" Bank of America N.A. successor by Merger to BAC Home Loans LP Dba Countrywide Home Loans.**

Plaintiff re-alleges and incorporate paragraph 1-63

62. To determine whether a claim arises under Federal Law, the well-pleaded complaint rule usually governs. Sharp v. Wellmark, Inc., 744 F. Supp. 2d 1191, 1194 (D. Kan. 2010) It provides that federal jurisdiction lies where plaintiff's well-pleaded complaint establishes either that federal law crates the cause of action or that the plaintiff's right to relief necessarily depends on resolution of a substantial question of Federal law."

63. By engaging in a pattern of racketeering activity, specifically "mail or wire fraud." The Defendant subject to this Count participated in a criminal enterprise affecting interstate commerce. In addition to the altered postmarks described below, the mail fraud is the sending of the fraudulent assignments and pleadings to County Recorder of Deeds, clerk of courts, judges, attorneys, and defendants in foreclosure cases, and investors.

64. These Defendant intentionally participated in a scheme to defend others, including the Plaintiffs

and utilized the U.S. Mail to do so. After the closing of Plaintiff George E Asiedu. Whereas, Countrywide Home Loan and BAC Home Loans; Penny Mac Servicing; became the servicer whereas, Bank of America N.A. (BANA) were the beneficial and in most cases Wells Fargo Company became the Master Servicer. During the period of 2003-2008

65. On March 13 I filed a Chapter 13 bankruptcy to relief myself from over burdened financial overload. As a victimized homeowner I am filing this Adversary civil suit against the Defendant as Pro Se litigant against Bank of America N.A., Penny Mack Loan Servicing, Veripro Solutions, Fed Loan Servicing, City of Chicago within the United State District for the Northern District of Illinois as **Case number 20-13842** -and for the court to give us final order on Defendant and Plaintiff's final motions in the cout room of Honorable Judge

66. Plaintiffs file the lawsuit claiming against BANA for violations of Plaintiffs "Privacy Rights" sharing of Plaintiffs "Non-Public Personal Information." and "Breach of Mortgage Contract." After the closing of Plaintiffs Loan, Defendant BANA aka Contrywide Home Loans successor and assigns to BAC Home Loans which assigns to PennyMac Loan Servicing. BAC Home Loans the originators of the Plaintiffs Loan allowed MERS who is the primary nominee on behalf of the named Defendant. To assign trustee to securitize, rate, and pool these subprime loans together to sell the loans. Upon the selling of the loans the investors must review the Plaintiffs personal financial background.

67. Plaintiff set forth the following: (1) that Bank of America-Penny Mac Loan Servicing, acting in concert with others, deliberately engaged in a Collusive Trading Scheme, as defined in the Complaint, effecting a series of transaction in the Fund; (2) these transactions were of sufficiently high volume to indirectly cause the purchase or sales of securities traded on a national exchange by the Fund Manager known "Master Service Agreement"; (3) this Collusion Trading Scheme created actual or apparent trading. Which has been exploited by the Bloomberg Report?

68. This is **HOW** the Defendant betrayed the Borrower/Plaintiff by capitalizing off Plaintiffs Personal information without Plaintiffs permission. Defendant also violated their own "Privacy Policy" which is

governed under the Gramm-Leach-Bliley Act 15 U.S.C $ 6809 (GLBA), Invasion of Privacy-142 which fall under the Judicial Remedies and Penalties for Violating the Privacy Act 5 U.S.C. The Defendant will try to deceive the Plaintiff rights under the GLBA to state that "it is the policy of Congress that each financial institution has an affirmative and continuing obligation to respect the privacy of its customers and to protect the security and confidentiality of those customers' nonpublic personal information." 15 U.S.C. $6801(a). Defendant BANA defended the Plaintiff's personal information *"Chicago Title Land Trust Company v. Bank of America 16-cv-02161"* (*Plaintiff also requests information relating to individual borrowers, which implicates the borrowers personal financial information? BANA desires to maintain the confidentiality of such documents and information through a protective order"*)

69. The defendant BANA will intentionally contradict this statement whereas, in the above case they are protecting the Plaintiffs on the other side they shamefully will deny Plaintiff his right to exercise the (GLBA). BANA will state within the case " *The internal policy documents sought to be protected from disclosure contain information regarding BANA's operations and processes. This information would ordinarily not be made public because of its proprietary and competitive nature.*" Wherefore, BANA may use clever statement to confuse the case like, "The (GLBA) does not provide for private enforcement or even hint at any private right of action." These are merely vague thermology against the Plaintiff (me) for exercising my PRIVACY RIGHTS.

70. Defendant will try to assert that only ("T)he duties under the GLBA are enforced by federal regulators, state insurance authorities, and the Federal Trade Commission. Courts have consistently held that there is no private right of action? Upon Plaintiffs closing agreement Plaintiff signed a Privacy Policy claiming that BANA would protect Plaintiffs personal information also, within that disclosure it states that Plaintiff will receive every 12 months an updated copy giving Plaintiffs the opportunity to opt-out of the privacy disclosure never happens. **THE FALL!!**

There are many factors that have contributed to the dilemma I find myself in. It all began when I was steered to purchase a home at the Estate of Brookmere housing community which was taunted to be

the premier exclusive living extravaganza in this region of the south suburban housing complex. Just as I was about to close the deal news began surfacing that the development was in serious financial situation. Soon after the news broke the development filed chapter 11 bankruptcy protections. During this same period I had just finished paying my down payment in full but my house was not build yet. I stand to lose more than $17,000 I was sending in installment. After intense conversation and pleading with the owners did the house finally took shape and was built albeit with inferior materials. It was the last house build after which the development completely shot down for good. More than ten years went by where nothing happened to the development. All the promises in the literature of a thriving middle class neighborhood with good schools, playground, ravines, waterfalls, community center, daycare, trees, swimming pools etc became just a dream.

The natural course of our existential being is devoid of homelessness. It speaks against it. It endowed the very core of our humanity. A place to lay our head and raise our offspring is the very bases of our fundamental right. It is our first human right for which everyone is entitled. No color, creed, sex, gender, or nationality is excluded. No one can deprive ones right for freedom, liberty, and the pursuit of happiness for which a home my home is key.

Foot Note: Enacted in 1999. The Gramm-Leach-Bliley Act (P.L. 106-102(Nov. 12 1999) requires companies that offer consumers financial products to explain their information-sharing practices to their customers and to safeguard sensitive data. See http://www.ftc.gov/tips-advice/businesscenter/privacy-and-security/gramm-leach-bliley-act

**COUNT II- Obstruction of Justice (18U.S.C.A $$ 1501-1517), which aim to protect the integrity of federal judicial proceedings, Section 1503 is the primary vehicle for punishment those who obstruct or who endeavor to obstruct federal judicial proceedings.**

Plaintiff re-alleges and incorporated paragraph 62-70

71. On March 18, 2020 Plaintiff filed Chapter 13 Bankruptcy in 219 South Dearborn with Tom Vaughn as the Trustee with Judge Jack Schmeterer presiding over case number 20-07800. It was at the beginning of the pandemic and the Government of Illinois issued an order for everyone to stay home. I did not appear for the meeting of creditors which was conducted virtually. My case was dismissed for

the reason of not appearing despite the pandemic. I filed a motion to ask the court to vacate the order. After appearing on the next court hearing the case was still dismissed. My only option was to file a new bankruptcy with a new case number 13-13842. Again my case was a day late in presenting my documents to be included in the Meeting of Creditors on August 10, 2020 also conducted virtually. My son was shot and killed and all the funeral arrangements caused me to miss the meeting of creditors by one day. Trustee Marilyn Marshall filed a motion to dismiss during the coming hearing on the September 24, 2020 with Judge Timothy A. Barnes presiding.

72. Bonham's Case..., a conundrum (that) ought to have been laughed at." Lacking the power of judicial review, English courts possessed no means by which to declare statutes or actions invalid as violation of **due process . 635 (1940)** enumerated the following "cardinal primary requirement" of due process in administrative proceedings; (1) The right to a hearing, which includes the right to present one's case and submit evidence in support thereof; (2) The tribunal must consider the evidence presented. **Due process in administrative proceedings,** Section 1, Article III of 1987 provides that "(n)o person shall be deprived of life liberty or property without due process of law, nor shall any person be denied the equal protection of the law." The first rights guaranteed in our Bill of Rights are the rights to due process and equal protection of the law. The question posited is about procedural due process in administrative proceedings. Procedural due process, as a distinguished from substantive due process, is all about "procedural fairness." As the great American statesman and Sen. Daniel Webster describe due process, it is a law which hears before it condemns." In the landmark case of *Banco Espanol Filipino v. Palanca, 31 Phil. 921, 934(1918)* The Supreme Court enumerated the following essential requirements of procedural fairness in judicial proceedings: (1) There must be a court or tribunal clothed with judicial power to hear and determine the matter before it; (2) jurisdiction must be lawfully acquired over the person of the defendant or over the property which is the subject of the proceedings; (3) The Defendant must be given the opportunity to be heard; and (4) judgment must be rendered upon lawful hearing. This case in all its form lacks transparency and **Due Process.**

**COUNT III- 18 U.S. Code $ 1956 (1) Laundering of monetary instrument per Mortgage Breach of Contract**

Plaintiff re-alleges and incorporated paragraphs 73-84

73. Defendants had significantly greater bargaining power than the Plaintiffs and that difference in power caused Plaintiffs' to sign the contract unknowingly signing over their property to MERS there were no representatives from MERS or the alleged trustee. Mortgage Contract do not state or claim that their mortgage would become a certified bond to sell and trade on Wall Street. This is all part of "Breach of Contract." Laundering of Monetary Instruments" Plaintiffs pleads sufficient facts with particular to support these allegations. To participate in mortgage fraud, you must have others sources within the industry such as realtor, appraisal, originating lender, and investors who are willing and able to assist in perpetrating the wrongdoing existence of a scheme to defraud the Plaintiff(s).

**TRANSFER OF RIGHTS IN THE PROPERTY**

This Security secures to Lender: (1) the repayment of loan and all renewals, extensions, and modification of the Note ; and (ii) the performance of Borrower's covenants and agreements under this Security Instrument and the Note. For this purpose, Borrower does hereby mortgage grant and convey to MERS (solely as nominee for the Lenders' successors and assigns) and to the successors and assigns of MERS, the following described property located in the COUNTY.

74. **Violations in Truth and Lending**--Failure to comply with Truth and Lending Act (TILA) 15 U.S.C. 1601, et seq which protects me against inaccurate and unfair credit billing and credit card practices. It requires lenders to provide you with loan cost information so that you can comparison shop for certain types of loans. The Truth and Lending Act of 1968 is a United States Federal Law designed to promote the informed use of consumer credit, by requiring disclosures about its terms and cost to standardize the manner in which costs associated with borrowing are calculated and disclosed.

**Predatory Lending Violation (TILA)**
Predatory Loan where Mechanics and Contractors all claims liens on my property which has clouded the title to my property. These contractors were never paid because the developer filed for bankruptcy and

therefore all those claimants cannot maintain a lien on my property. Unfair, deceptive or negligent lending practices, often referred to as "predatory lending," have caused many families to lose their homes. When faced with a mortgage a borrower is unable to pay, the result is often foreclosure of the borrower's home. This situation affects not only the owner of the foreclosed property, but the entire community as well. Neighborhoods fall into disrepair and home values decrease as properties are abandoned.

75. These are some of the practices I was subjected

**Inadequate False Pricing**    - Hides and misrepresent the true cost, risk and appropriation of loan terms.
**Risk Base Pricing** -charging high interest than necessary which resulted in my default

**Inflated Fees and Charges** –Fees and cost were much higher and were hidden in fine print (origination fee, appraisals, closing cost, and document preparation fee)

**Loan Flipping** – Lender encourage me to refinance into a larger loan with higher interest and additional fees which led into my default.

**Asset Based Lending** –was encouraged to borrow more than I could afford and then offered a refinance based on home equity rather than my income and ability to pay.
**Abnormal repayment penalty**

**Violations of Illinois Interest Act** -  815 ILCS 205/0.01) (from chapter 17, par. 6400) Sec. 0.01. Short title. This Act may be cites as Interest Act (Source: P.A 86-1324.)
815 ILCS 205/1) (from Ch. 17, par. 6401 Sec. 1 The rate of interest upon the loan or forbearance of any money, goods or thing in action shall be five dollars ($5) upon one hundred dollars ($100) for one year, and after that rate for a greater or less sum, or for a longer or shorter time, except as herein provided. (Source: law 1891, p. 149)

**Undue Hardship -** Undue hardship due to overbearing financial difficulties.

**Economic Duress-**In contract law a defense that can be used by a party to argue against the formation of a binding contract between two parties. To prove economic duress, a party must show that (1) a continuous contract exists between the plaintiff and the defendant; (2) the defendant threatens to terminate the preexisting contract; and (3) the plaintiff under this duress accepts the defendant's terms and enters the contract.

**Trover Defense-** I file this **Trover** defense for unlawful and wrongfully taking of my personal property. So

I challenge the validity of the debt and the Lender in this case Penny Mac and Veripro Solutions must prove they own the title to my property. Trover, C; 4 Rawle,R. 185. One who has a special property, which consists of in the lawful custody of goods with a right of detention against the general owner may maintain trover. Story. Bailm. 93 n

**Brunner-**I am under undue hardship now and in the near future to repay my student loan debt and still maintain minimal standard of living. Under the Bankruptcy Abuse Prevention and Consumer Protection ACT (BAPCPA) the student loan exception to discharge expanded to cover almost any debt incurred as an education expenses.

**REMIC -** Real Estate Mortgage Investment Conduit- a complex pull of mortgage securities created to acquire investment income for its creators and investors. They consist of a fixed pool of mortgages broken apart into tranches, repacked and marketed to investors as individual securities. My Deed of Trust and Promissory note should never be broken apart. It was not transparent to me when I signed the promissory note- It was a fraud.

**Auctioning of My FICA-** The auctioning of my credit report for people to bid on it is illegal.

### Violation of the Illinois Consumer Fraud Act, 815 ILCS 505/L

815 ILCS 505/1) (from Ch.121 1/2, par. 261)
Sec. 1 (f) The terms "trade" and "commerce" mean the advertising, offering for sale, sale, or distribution of any services and any property, tangible or intangible, real, personal or mixed, and any other article, commodity, or thing of value wherever situated, and shall include any trade or commerce directly or indirectly affecting the people of this State.

### 5. Violations of Equal Credit Opportunity ACT, 15 U.S.C 1691

Each creditor shall furnish to an applicant a copy of any and all written appraisals and valuations developed in connection with the applicants' application for a loan that is secured or would have been secured by a first lien on a dwelling promptly upon completion, but in no case later than 3 days prior to the closing of the loan, whether the creditor grants or denies the applicant's request for credit or the application is incomplete or withdrawn.

### 76. Violation of the Illinois Consumer Fraud Act, 815 ILCS 505/L

815 ILCS 505/1) (from Ch.121 1/2, par. 261)
Sec. 1 (f) The terms "trade" and "commerce" mean the advertising, offering for sale, sale, or distribution of any services and any property, tangible or intangible, real, personal or mixed, and any other article, commodity, or

thing of value wherever situated, and shall include any trade or commerce directly or indirectly affecting the people of this State.

### 5. Violations of Equal Credit Opportunity ACT, 15 U.S.C 1691

Each creditor shall furnish to an applicant a copy of any and all written appraisals and valuations developed in connection with the applicants' application for a loan that is secured or would have been secured by a first lien on a dwelling promptly upon completion, but in no case later than 3 days prior to the closing of the loan, whether the creditor grants or denies the applicant's request for credit or the application is incomplete or withdrawn.

77. WASHINGTON (MarketWatch) — Federal regulators on Thursday detailed a $9.3 billion settlement with 13 banks over foreclosure abuses stemming from the so-called robo-signing scandal, a deal that government officials say is expected to help more than 3.8 million borrowers.

The settlement with ten of the banks was first announced on Jan. 7 and separate settlements with HSBC US:HBC and two other banks came later in the month.
At issue are deficient practices on mortgage servicing and processing, improper fees, wrongful denial of modification, and the robo-signing scandal — the practice of assigning bank employees to rapidly approve numerous foreclosures with only cursory glances at the glut of paperwork to determine if all the documents are in order.

Abuses stemming from the so-called robo-signing scandal, a deal that government officials say is expected to help more than 3.8 million borrowers.

At issue are deficient practices on mortgage servicing and processing, improper fees, wrongful denial of modification, and the robo-signing scandal — the practice of assigning bank employees to rapidly approve numerous foreclosures with only cursory glances at the glut of paperwork to determine if all the documents are in order.

**Lender Breach of Contract-**The lender which is the second refinance company Atlantic Mortgage did not properly follow up on their promise to slash my mortgage payment down to where I could afford. When

the refinance was eventually concluded my mortgage payment skyrocketed and could not make the monthly payment.

**Securitization Defects-** Securitization is a financial process that takes an asset of some kind and turns it into a security, which is a tradable financial asset. The assets that provide the basis for securitization are fundamentally those that generate receivables, essentially debt owed to a company by its debtors and customers. Receivables comprise capital and periodic interest. Assets generally used for securitization include loans (**student loans, car loans, credit card loans etc.**) and mortgages.

**Statute of Limitation-**In Illinois, the Statute of Limitations on debt ranges from **5 years** to 10 years. Some debt collection agencies buy old debts, out the Statute of Limitation period for pennies on the dollar from the original creditor in order to collect what they can.

78. **Invoking the act of Subrogation**

Accordingly, so far as is relevant to this case, the remedy of equitable subrogation is a restitution remedy available to reverse what would otherwise been unjust enrichment of a claimant at the expense of the defendant.

**Case in Point**

A 1969 Minnesota court case, My Daily explained that the money borrowed for his mortgage was in fact not the property of the bank. It was created out of thin air as soon the loan agreement was signed. The bank accepted the Promissory Note in exchange for credit. The bank reserve was unchanged by the loan transaction. The deposit credit created another addition of ten times the amount of the loan adding to their money supply. A lawful consideration must be present, tendered and supported for the notes. The bank never had the money as consideration. It is an illegitimate form of consideration and hence voids the contract to repay. The bank never had the money as property to begin with. It was my signature the promissory note that manifested all the transaction.

**RICO** also permits a private individual "damaged in his business or property" by a "racketeer" to file a civil suit. The plaintiff must prove the existence of an "enterprise". The defendant(s) are not the enterprise; in other words, the defendant(s) and the enterprise are not one and the same. There must be one of four specified relationships between the defendant(s) and the enterprise: either the defendant(s) invested the proceeds of the pattern of racketeering activity into the enterprise (18 U.S.C.

§ 1962(a)); or the defendant(s) acquired or maintained an interest in, or control of, the enterprise through the pattern of racketeering activity (subsection (b)); or the defendant(s) conducted or participated in the affairs of the enterprise "through" the pattern of racketeering activity (subsection (c)); or the defendant(s) conspired to do one of the above (subsection (d)). In essence, the enterprise is either the 'prize,' 'instrument,' 'victim,' or 'perpetrator' of the racketeers. A civil RICO action can be filed in state or federal court. Under RICO, a person who has committed "at least two acts of racketeering activity" drawn from a list of 35 crimes—27 federal crimes and 8 state crimes—within a 10-year period can be charged with racketeering if such acts are related in one of four specified ways to an "enterprise". Those found guilty of racketeering can be fined up to $25,000 and sentenced to 20 years in prison per racketeering count. In addition, the racketeer must forfeit all ill-gotten gains and interest in any business gained through a pattern of "racketeering activity." Both the criminal and civil components allow the recovery of treble damages (damages in triple the amount of actual/compensatory damages).

79. How can the borrower simultaneously "convey" the property to: (1)MERS as nominee for lender (2) MERS as nominee for lenders' successors and signs; and (3) MERS' sown successor and assigns?
Furthermore, who are such successors and assigns? No assignment could have existed as of the moment, the borrowers executed the mortgage, and if somehow same exist, it should have been disclosed as a fundamental and material aspect of the transaction. If the assignment occurred prior to the mortgage, the mortgage itself is void because the lender had no interest to secure. Beginning soon after the "ink" on the new mortgage were "dry," the lenders promptly sold the loans, in secretive transactions, to "investors".

80. Most courts will hold sophisticated parties, whether owners, contractors, or design professionals, to a higher standard of expected knowledge and ability to protect themselves. See, e.g C&J Vantage Leasing Co. v.
Wolfe, 795 N.W.2d 65 (Iowa 2011). The language of this instruction is based
primarily on the discussions in Sanford, 813 N.E. 2d at 411 at 411, and C&J Vantage Leasing, 795 N.W.3d at 65. Low-income, African-American as well as Hispanic borrowers were targeted from the beginning, never had equal opportunity to negotiate the deal possible like their White counterparts. The defendant's burden of proving by a preponderance of the evidence. You must consider whether plaintiff acted reasonably based on Plaintiffs' situation and opportunities at the time it became aware of a breach.

81. Upon declaration the facts associated under "RICO" Monetary damages and punitive damages exceed "$1,000,000 because I have shown commonalities associated with the defendants.

82. **DEFECTIVE MORTGAGE LOANS** which lacks **Endorsement amended** to a title insurance policy the generally modifies existing coverage or adds special coverage to the policy. **Marketable Title** Real Property that is free from doubts and enables the owner to hold the real property in peace, free from the hazard of litigation or adverse claim. **Title Insurance** contract to indemnify the insured against loss through defects in the title to real property. Owner's Policy of title insurance that insures an owner's title to real property. **Pending Disbursement Clause** found in the construction loan title insurance policy that provides that the insurance coverage under the policy will be in the amount of the loan as it is disbursed to the borrower up to and not to exceed the face amount of the policy. **Title Insurance Commitment** or contract by title insurance to issue a title insurance policy. **The risk covered by title insurance.** The covered risk are (1) insurance that title to the estate or interest described in Schedule A is vested in the insured; (2) insurance against any defect, **Lien**(s), or encumbrance on such title; (3) Insurance that the title is a marketable title; and (4) insurance that the property has access to a public road.

All these defects are found present on my mortgage(s) from day ONE.

**Seller failure disclose deficiency**--Seller did not disclose all conditions and defects that could affect the value of the purchased property. The seller did not fulfill this legal obligation like material defects due to the rush state that the building was constructed. This constituted nondisclosure case and was misled by the construction Company. It has led to constant flooding, water leakage, leaky roof, plumbing problems and electrical deficiency.


**BANK OF AMERICA. BANK OF AMERICA HOME LOAN. PENNEY MAC HOME LOAN SERVICING**

Plaintiff re-alleges and incorporated paragraphs 52-82. Incorporated statements of facts above Defendant Bank of America. Bank of America Home Loans, Penny Mac Loan Servicing violated Plaintiff George Asiedu of how his information was abused by Trans Union, Equifax and Experian and was sold to entities stated below who was involved in the misuse of my name beginning with the Credit Reporting Companies above.

**VERIPRO SOLUTIONS**

Plaintiff re-alleges and incorporated paragraphs 52-82. Incorporated statement of facts above of how my name was abused, misused and facts associated mishandled by Defendant.

**FED LOAN SERVICING**

Plaintiff re-alleges that Fed Loan Servicing also misused and abused my name through Credit Reporting Agencies mentioned above.

**CITY OF CHICAGO.** Plaintiff re-alleges same as indicated and incorporated in paragraphs-52-82 above

WHEREFORE, plaintiff prays that the Court,

a. Would award the plaintiff financial damages of $5,000,000.00 in damages for **FRAUD**
b. Release the warranty deed for my house on 105 Stephens Street Matteson IL 60443
c. Discharge moneys owed to Veripro Solution because they are debt collectors whose claims are invalid according law
d. Capital One Auto Financing for undue hardship and economic duress
e. City of Chicago Finance for Undue Hardship
f. Peoples GAS for undue Hardship
g. Associated in sleep Medicine for undue Hardship
h. Discharge Student loan due to "Privacy Rights."

Pursuant to Violation of Gramm-Leach-Bliley Act U.S.C. $ 1601-6809 "Privacy Rights."

Mortgage Breach of Contact 18 U.S Code $1956.

Obstruction of Justice (18 U.S.A $ 1501-1517

Grant such order, further, and different relief as may be just and proper.

Respectfully Submitted,

_____  Pro Se

GEORGE ASIEDU
105 Stephens St
Matteson IL 60443
708-663-3614
Asiedu488@gmail.com

B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|
| **PLAINTIFFS** <br> GEORGE ASIEDU | **DEFENDANTS** BOA, BAC Home Loan - Penny Mac Loan Serv, Veripro Solutions, Fed Loan Serv. City of Chicago Fin., Capital One Auto Fin. Peoples Gas, Associated in Sleep Medicine |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.) <br> Pro Se Litigant <br> George Asiedu, 105 Stephens St Matteson IL 60443  708-663-3614 | **ATTORNEYS** (If Known) <br> **FILED** <br> UNITED STATES BANKRUPTCY COURT <br> NORTHERN DISTRICT OF ILLINOIS <br> SEP 21 2020 <br> JEFFREY P. ALLSTEADT, CLERK <br> INTAKE 1 |
| **PARTY** (Check One Box Only) <br> ☑ Debtor   ☐ U.S. Trustee/Bankruptcy Admin <br> ☐ Creditor   ☐ Other <br> ☐ Trustee | **PARTY** (Check One Box Only) <br> ☐ Debtor   ☐ U.S. Trustee/Bankruptcy Admin <br> ☑ Creditor   ☐ Other <br> ☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
Violation of Gramm-Leach-Bliley Act USC §1601-6809 'Privacy Rights'
Mortgage Breach of Contract 18 US Code §1956
Obstruction of Justice (18 U.S.A. § 1501-1517

### NATURE OF SUIT
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
[1] 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
[2] 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
[3] 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
[4] 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
[5] 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ 5,000,000 |

**Other Relief Sought**

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES ||||
|---|---|---|---|
| NAME OF DEBTOR<br>GEORGE ASIEDU || BANKRUPTCY CASE NO.<br>20-13842 ||
| DISTRICT IN WHICH CASE IS PENDING<br>NORTHERN DISTRICT OF ILLINOIS || DIVISION OFFICE<br>EASTERN | NAME OF JUDGE<br>TIMOTHY A BARNES |
| RELATED ADVERSARY PROCEEDING (IF ANY) ||||
| PLAINTIFF | DEFENDANT || ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING || DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) ||||
| DATE<br>9/17/2020 || PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>GEORGE ASIEDU ||

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.