UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 20-13842 |
| George Asiedu | ) | Chapter 13 |
| Debtor | ) | |
| | ) | Honorable Judge Timothy A. Barnes |
| George Asiedu | ) | Adversary Proceedings No. 20-00343 |
| Plaintiff | ) | |
| v. | ) | |
| BOA, BAC Home Loan-Penny Mac Loan | ) | |
| Services, LLC. VeriPro Solutions; Fed Loan | ) | |
| Servicing; City of Chicago Finance; Capital | ) | |
| One Auto Finance; Peoples Gas | ) | |
| Associated in Sleep Medicine  *et al* | ) | |
| Defendants | ) | |
| | ) | |

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

OCT 26 2020

JEFFREY P. ALLSTEADT, CLERK
INTAKE 1



**NOTICE OF MOTION TO EXTEND THE PLAINTIFF DEADLINE FOR DISCOVERY
TO BUTRESS MY ADVERSARIAL CASE**   New Time 1/21/2021

GA
Time 1:30pm

**PLEASE TAKE NOTE** that on Thursday, ~~October 22, at 1:30 p.m~~. or soon thereafter a counsel was convened and appeared telephonically before the Honorable Judge Timothy A. Barnes or any judge sitting in his stead and then heard a MOTION to Extend Defendant's BOA, BAC Home Loan-Penny Mac Loan Services, LLC, et al Deadline to Answer or otherwise respond to the Plaintiff's Complaint, a copy of which was served upon at which time and place to appear as seen fit.

**The motion was presented to be heard electronically using Zoom for Government.**

No personal appearance was necessary due to Covid 19. Instructions to appear was given

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 20-13842 |
| George Asiedu | ) | Chapter 13 |
| Debtor | ) | |
| | ) | Honorable Judge Timothy A. Barnes |
| George Asiedu | ) | Adversary Proceedings No. 20-00343 |
| Plaintiff | ) | |
| v. | ) | |
| BOA, BAC Home Loan-Penny Mac Loan | ) | |
| Services, LLC. VeriPro Solutions; Fed Loan | ) | |
| Servicing; City of Chicago Finance; Capital | ) | |
| One Auto Finance; Peoples Gas | ) | |
| Associated in Sleep Medicine  et al | ) | |
| Defendants | ) | |
| | ) | |

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

OCT 26 2020

JEFFREY P. ALLSTEADT, CLERK
INTAKE 1



~~NOTICE~~ GA ~~OF~~ MOTION TO EXTEND THE PLAINTIFF DEADLINE FOR DISCOVERY
TO BUTRESS MY ADVERSARIAL CASE

George Asiedu plaintiff does hereby file this Motion (the "Motion") seeking entry of an order in the attached (The "Proposed Order"), extending the deadline for the Adversarial hearing through **January 21 2021**. Time 1:30pm

The Plaintiff George Asiedu respectfully states as follows:

1. As a Pro Se Litigant I need reasonable time for **DISCOVERY** to buttress my adversarial case before your Honorable Court.

2. Penny Mac claims I have named them incorrectly as Penny Mac Loan Servicing" or "BOA, BAC Home Loan-Penny Mac Loan Serv." In my Complaint and Summons. In a Motion filed by Michael B. Kind Attorney representing Penny Mac Loan Services, LLC it states that " a separate summons was issued to Bank of America and accordingly it does not appear that Bank of America is defendant in this Adversary case { see D.E 2} Under Fed. R. Bankr. P. 9006, the Court may extend the answer deadline or Substantial **DISCOVERY** for "good cause shown." The Plaintiff submits that "good cause" exists here.

3. The Plaintiff George Asiedu recently researched liens on my property which requires reasonable time to research dockets in the county and due to the Covid 19 Pandemic getting documents and information takes time and in some cases almost impossible.

4. This Motion is not in any way desires to delay the process but to allow the Parties myself included to get their information right as none of the parties would be prejudiced by the request of extension of time

to appear by video or by telephone, with meeting id, and password.

**The motion was files on October 15, 2020.**

**I did not file any objection because I received notice of presentment date on October 23, 2020**. Which was a day after the Motion was heard. I was to file an objection (2) business days before October 22, 2020.

**My Motion to request an extension would be heard on October 29 2020** at the regular hearing to be convened by Honorable Judge Timothy A. Barnes Court room

To appear by video, please use the this link: https://www.zoomgov.com/ then enter the meeting ID and password.

DATED: October 23, 2020                                    Respectfully Submitted,

                                                           */s/ George Asiedu*

                                            BY:    George Asiedu

                                                   Plaintiff


### CERTIFICATE OF CERVICE

The undersigned do hereby certifies that a true and correct copy of the foregoing **Notice of Motion** and **the attached Motion to Extend Plaintiff's Deadline for DISCOVERY to defend my Adversary position was** served upon the party below by electronic filing in the CM/ECF system of the United States Bankruptcy Court for the Northern District of Illinois and by regular first class U.S. Mail on the date hereof.

Via CM/ECF and U.S. Mail                                   */s/ George Asiedu*

                                                           George Asiedu

                                                           Plaintiff

BOA, BAC Home Loan-Penny Mac Loan Servicing
VeriPro Solutions; Fed Loan Servicing;
City of Chicago Fin.; Capital One Auto Fin.;
Peoples Gas; Associated in Sleep Medicine