UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re:<br>George Asiedu | ) | BK No.: 20-13842 |
| | ) | Chapter: 13 |
| | ) | Honorable Timothy Barnes |
| Debtor<br>George Asiedu | ) | Adv. No.: 20-00343 |
| Plaintiff<br>BOA, Bac Home Loan-Penny Mac Loan Serv., et al. | ) | |
| Defendants | ) | |

**ORDER DENYING MOTION TO EXTEND TIME**

This matter coming to be heard on the Motion to Extend Time for the Plaintiff's Deadline for Discovery (the "Motion") filed by Plaintiff George Asiedu; due notice having been given,

IT IS ORDERED THAT

1. The Movant failed to comply with Rule 9013-1(E)(2) of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Northern District of Illinois by scheduling the Motion far outside the thirty days required by the rule. For failure to comply with the rule and as authorized by the rule, the Motion is therefore denied without prejudice and without a hearing.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: January 21, 2021